**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SALVADOR MORALES-JASSO, Petitioner, v. WILLIAM P. BARR, Attorney General, Respondent. | No.  19-70816 Agency No. A030-224-184 MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 18, 2019[**]

Before:     CANBY, TASHIMA, and CHRISTEN, Circuit Judges.

Salvador Morales-Jasso, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen.

We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion.

*Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010).  We deny the petition for

review.

---

        [*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The BIA did not abuse its discretion by denying Morales-Jasso's untimely motion to reopen where Morales-Jasso failed to demonstrate changed country conditions in Mexico to qualify for the regulatory exception to the time limitation. *See* 8 C.F.R. § 1003.2(c)(2)-(3); *see also Najmabadi*, 597 F.3d at 987-90 (new evidence lacked materiality).

Morales-Jasso's opposed motion for stay of removal is denied as moot.

**PETITION FOR REVIEW DENIED.**